1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
   HEATHER YOUNG
6  Law Clerk

7      150 Almaden Blvd., Suite 900
       San Jose, California 95113
8      Telephone: (408) 535-5056
       FAX: (408) 535-5066
9      E-Mail: Heather.Young@usdoj.gov

10 Attorneys for Plaintiff

**FILED**

MAR 27 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 09-00111 HRL |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| v. ) | ORDER CONTINUING STATUS DATE |
| ) | |
| DEAN ALAN WOODFORD, ) | |
| Defendant. ) | |

The above-referenced matter was scheduled before the Court on April 2, 2009 at 9:30 a.m. for a status hearing. The undersigned parties jointly stipulate and request that this date be continued until April 16, 2009 at 11:00 a.m. before Magistrate Judge Howard R. Lloyd in order to accommodate his calendar.

SO STIPULATED:                        JOSEPH P. RUSSONIELLO
                                      United States Attorney

DATED: 03/24/2009                     /s/
                                      SUSAN KNIGHT
                                      Assistant United States Attorney

CR 09-00111 HRL

DATED: 3/24/09

/s/
MICHAEL L. HORNER
Counsel for Mr. Woodford

ORDER

Accordingly, the Court HEREBY ORDERS that the status hearing in <u>United States v. Woodford</u> is continued to April 16, 2009 at 11:00 a.m.

IT IS SO ORDERED.

DATED: 3/27/09

HOWARD R. LLOYD
United States Magistrate Judge