| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | SUSAN KNIGHT (CSBN 209013)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Blvd., Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5056 |
| 7 | FAX: (408) 535-5066<br>Susan.Knight@usdoj.gov |

**FILED**

APR 2 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     v.                       )<br>                              )<br>DEAN ALAN WOODFORD,           )<br>                              )<br>          Defendant.          )<br>_____) | No. CR 09-00111 HRL<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER EXCLUDING TIME UNDER THE<br>SPEEDY TRIAL ACT<br><br>SAN JOSE VENUE |

   On April 16, 2009, the undersigned parties appeared before the Court for a status hearing. At that hearing, the defendant, through his attorney, Michael L. Horner, and United States Attorney Law Clerk Heather Young requested the case be scheduled for a status hearing on May 14, 2009 at 2:00 p.m. The government also requested an exclusion of time under the Speedy Trial Act from April 16, 2009 to May 14, 2009 in order for the parties to finalize their respective investigations and arrive at a disposition for the May 14, 2009 hearing. The defendant, through Mr. Horner, agreed to the exclusion. The parties agree and stipulate that an exclusion of time is appropriate based on the need to conduct further investigation. The parties anticipate that the defendant will enter a change of plea at the next hearing.

STIPULATION AND [PROPOSED] ORDER
CR 09-00111 HRL                                              1

| | | |
|---|---|---|
| 1 | SO STIPULATED: | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 2 | | |
| 3 | DATED: 04/21/2009 | _____/s/_____<br>SUSAN KNIGHT |
| 4 | | Assistant United States Attorney |
| 5 | | |
| 6 | DATED: 04/21/2009 | _____/s/_____<br>MICHAEL L. HORNER |
| 7 | | Counsel for Mr. Woodford |

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from April 16, 2009 to May 14, 2009. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 4/21/09

HOWARD R. LLOYD
United States Magistrate Judge